

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,319-02

### EX PARTE ROGER TRUDELL DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2015CR6145-W1 IN THE 187TH JUDICIAL DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

### **O P I N I O N**

Applicant was convicted of aggravated assault with a deadly weapon and sentenced to forty-three years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Davis v. State*, No. 04-17-00367-CR (Tex. App. — San Antonio, Aug. 8, 2016). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim. Proc. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review. Based on the record, the trial court has determined that Applicant was denied his right to file a *pro se* petition for discretionary review.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fourth Court of Appeals in cause number 04-17-00367. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:  April 14, 2021
Do not publish